# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gordon, Andrew P. | U.S. District Court, Nevada | 09/19/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ✓ Nomination    Date 09/19/2012<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2011<br>to<br>09/7/2012 |

**7. Chambers or Office Address**

McDonald Carano Wilson LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | McDonald Carano Wilson LLP |
| 2. Trustee | Trust #1 |
| 3. Member, Board of Trustees | Southern Nevada Sports Hall of Fame |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | McDonald Carano Wilson LLP - draw and bonuses for legal work | $547,448.00 |
| 2. | 2011 | McDonald Carano Wilson LLP - draw and bonuses for legal work | $372,887.00 |
| 3. | 2011 | National Institute for Trial Advocacy - teaching | $3,000.00 |
| 4. | 2012 | McDonald Carano Wilson LLP - draw and bonuses for legal work | $180,000.00 |
| 5. | 2012 | National Institute for Trial Advocacy - teaching | $1,800.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Faith Lutheran Middle School & High School - salary |
| 2. | 2012 | Faith Lutheran Middle School & High School - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

FINANCIAL DISCLOSURE REPORT

Page 3 of 8

Name of Person Reporting

Gordon, Andrew P.

Date of Report

09/19/2012

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Trust #1 | A | Interest | K | T | Exempt | | | | |
| 2. | -Wells Fargo (Cash Account) | | | | | | | | | |
| 3. | Wells Fargo (Cash Accounts) | A | Interest | K | T | | | | | |
| 4. | Merrill Lynch (Cash Accounts) | B | Interest | O | T | | | | | |
| 5. | Abbott Labs stock | A | Dividend | J | T | | | | | |
| 6. | American Funds EuroPacific Growth Fund R5 | A | Dividend | K | T | | | | | |
| 7. | Bank of Montreal stock | A | Dividend | J | T | | | | | |
| 8. | BlackRock Fixed Income Value Opportunities Fund | C | Dividend | K | T | | | | | |
| 9. | BlackRock Muni Intermediate Duration Fund | B | Dividend | K | T | | | | | |
| 10. | BlackRock Muniyield Quality Fund | B | Dividend | K | T | | | | | |
| 11. | Calamos Strategic Total Return Fund | A | Dividend | J | T | | | | | |
| 12. | Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 13. | Enbridge Energy Partners, L.P. stock | C | Dividend | K | T | | | | | |
| 14. | Fidelity National Information Services stock | A | Dividend | K | T | | | | | |
| 15. | Hospira, Inc. stock | | None | J | T | | | | | |
| 16. | Intel Corp. stock | A | Dividend | J | T | | | | | |
| 17. | Invesco Real Estate Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | iShares Dow Jones US Consumer Goods Sector Index Fund | B | Dividend | K | T | | | | | |
| 19. | iShares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 20. | iShares MSCI Japan Index Fund | A | Dividend | J | T | | | | | |
| 21. | MFS Growth Allocation Fund Class C | A | Dividend | K | T | | | | | |
| 22. | MFS Moderate Allocation Fund Class C | B | Dividend | L | T | | | | | |
| 23. | Microsoft Corp. stock | B | Dividend | K | T | | | | | |
| 24. | Nuveen Intermediate Duration Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 25. | Templeton Developing Markets Trust | A | Dividend | K | T | | | | | |
| 26. | Templeton Growth Fund | A | Dividend | J | T | | | | | |
| 27. | Vanguard Dividend Appreciation ETF | B | Dividend | K | T | | | | | |
| 28. | Vanguard LifeStrategy Conservative Growth Fund | E | Dividend | O | T | | | | | |
| 29. | Walt Disney stock | A | Dividend | J | T | | | | | |
| 30. | Western Asset Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 31. | California PUB WKS BRD LSE REV D RF OID NPFG APR04 03.25%DEC | A | Interest | J | T | | | | | |
| 32. | Illinois ST College Savings 6.2%CI RF OCT92 00.00%AUG01 13 | A | Interest | J | T | | | | | |
| 33. | Middlesex, NJ IMPT UTL RV 5.08%CI SER B GUAR AMBAC JAN99 00 | A | Interest | K | T | | | | | |
| 34. | Texas ST TPK AT CENT TX REV 4.47% CI SER A AMBAC AUG02 00.00 | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ML Systematic Momentum Futures Access LLC Class C | | None | K | T | | | | | |
| 36. Bank of America SRN Linked to the Investable Volatility Inde | | None | J | T | | | | | |
| 37. Franklin Templeton Age-Based 529 - Age 9-12 Aggressive | | None | K | T | | | | | |
| 38. Franklin Templeton Age-Based 529 - Age 17+ Aggressive | | None | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
  U =Book Value  V =Other  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Andrew P. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 858 | 577 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 354 | 281 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 132 | 038 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 256 | 620 |
| Real estate owned – see attached | | 570 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 256 | 620 |
| | | | | Net Worth | 2 | 758 | 776 |
| Total Assets | 3 | 015 | 396 | Total liabilities and net worth | 3 | 015 | 396 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | 8 | 000 | Are any assets pledged? (Add schedule) | No | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | | | | | | | |